Opinion by Keefe, J.   It was stipulated that certain of the cheese assessed at 7 cents per pound or at 35 percent ad valorem under paragraph 710, Tariff Act of 1930, consists of cheese similar to that involved in *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), wherein the court stated that certain string or twine had been removed from the cheese in question and was not in issue.   In accordance with that decision and Abstracts 40880 and 41794, wherein it was found that the string surrounding Provolone cheese was deductible as tare as a part of the inedible coverings, it was held that the cheese in question was properly dutiable on the basis of the net weight of the cheese as returned by the United States weigher, not including the weight of the string, less 2½ percent for inedible coverings.   The protests were sustained to this extent.

**No. 48721.**—Protests 964084–G, etc., of Westergaard Berg-Johnsen Co.   (New York).

Opinion by Keefe, J.   In accordance with stipulation of counsel and *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269 the collector was directed to reliquidate the entries, allowing 2½ percent in the weight of the cheese to compensate for the weight of the inedible coverings.

**No. 48722.**—Protests 769585–G, etc., of Westergaard Berg-Johnsen Co. (New York).

Opinion by Keefe, J.   In accordance with stipulation of counsel and *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269 the collector was directed to reliquidate the entries, allowing 2½ percent in the weight of the cheese to compensate for the weight of the inedible coverings.

**No. 48723.**—Protests 756895–G, etc., of Norse Produce Co. (New York).

Opinion by Keefe, J.   In accordance with stipulation of counsel and *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269 the collector was directed to reliquidate the entries, allowing 2½ percent in the weight of the cheese to compensate for the weight of the inedible coverings.

**No. 48724.**—Protests 618647–G, etc., of Uddo Taormina Corp. (New York).

Opinion by Keefe, J.   In accordance with stipulation of counsel and *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146 the collector was directed to reliquidate the entries, allowing 2½ percent in the weight of the cheese to compensate for the weight of the inedible coverings.

**No. 48725.**—Protests 17586–K, etc., of Norse Produce Co. et al. (New York).

Opinion by Keefe, J.   In accordance with stipulation of counsel and *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269 the collector was directed to reliquidate the entries, allowing 2½ percent in the weight of the cheese to compensate for the weight of the inedible coverings.